# EXHIBIT C

BUSINESS BRIEFS: Bimi's Café a

theberkshireedge.com/business-briefs-bimis-cafe-at-hancock-shaker-village-mill-town-hires-executive-chef-lee-bank-awards-grants-berkshir...

theBerkshireedge | News and Ideas Worth Sharing

BECOME A MEMBER

MENU



Chef Jeremy Berlin. Photo courtesy Mill Town

Berlin brings more than 25 years of professional culinary experience and is tasked with overseeing the kitchens, crafting menus, and hiring culinary staff. Prior to joining Mill Town, Berlin was the executive chef at Blantyre Country Estate in Lenox. Before moving to the Berkshires, Berlin held a variety of positions at a wide range of culinary entities across the country, including Gordon










**URL:** https://theberkshireedge.com/business-briefs-bimis-cafe-at-hancock-shaker-village-mill-town-hires-executive-chef-lee-bank-awards-grants-berkshire-bank-promotes-bennington-college-receives-grant/

**Screenshot Taken:** 2021-06-29 15:37 (Europe/Budapest) **HTML Updated:** "theberkshireedge.com" reports "06/29/2021 15:37:40". **Case ID:** CAS-108568 **URL ID:** UID-00835714

**IP Addresses:** Client "172.104.24.234" contacted server "theberkshireedge.com" at "104.248.4.118".








Hancock Shaker Village has partnered with restaurant entrepreneurs Ellen Waggett and Christopher Landy to open Bimi's Café at Hancock Shaker Village. Photo courtesy Hancock Shaker Village

BUSINESS

# BUSINESS BRIEFS: Bimi's Café at Hancock Shaker Village; Mill Town hires executive chef; Lee Bank awards grants; Berkshire Bank promotes; Bennington College receives funds

Bimi's Café debuts at Hancock Shaker Village, Mission Bar and Tapas reopens under new Mill Town Executive Chef Jeremy Berlin, Lee Bank Foundation awards $56,500 to local organizations, and more.

BY AMY KRZANIK
POSTED ON MAY 31, 2021

Hancock Shaker Villages opens new on-site restaurant, Bimi's Cafe

PITTSFIELD — Hancock Shaker Village has partnered with restaurant entrepreneurs Ellen Waggett and Christopher Landy to open Bimi's Café at Hancock Shaker Village with Chef Joshua Kelly.

Bimi's Café, serving locally sourced, freshly prepared foods and espresso drinks, is owned and operated by the television production and lighting designer husband and wife team of Landy and Waggett.



Breakfast sandwich photo courtesy Hancock Shaker Village

Open when the museum is open, including evenings when there are concerts and other public events, Bimi's Café will provide a new culinary option for museum visitors, as well as those who live and work locally. The café, with dining indoors and outdoors, is open daily from 11 a.m.–4 p.m. Purchasing a ticket to Hancock Shaker Village is not required to enjoy the café.

Ellen Waggett and Christopher Landy are theatrical designers with television credits that recently include production design for late night shows such as "Late Night with Seth Meyers" and lighting design for "Oprah with Meghan and Harry: A CBS Primetime Special." The pair are the principals at their television design firm Vibrant Design in Brooklyn, and owners of Bimi's Cheese Shop in Chatham, New York.

Executive Chef Joshua Kelly grew up in the Hudson Valley and first worked for chef Tom Carlucci. His subsequent culinary education was at Johnson & Wales University before moving to Colorado. For the past five years, Josh has been the culinary director for a restaurant group in Colorado Springs, having been the executive chef and project manager for six successful restaurants of differing styles.

—A.K.

* * *

Mill Town hires executive chef to lead food and beverage operations

LENOX, PITTSFIELD — Since closing Mission Bar and Tapas in Pittsfield and Gateways Restaurant and Bar in Lenox due to the COVID-19 pandemic, Mill Town has been hard at work to reopen both, with recent hires, property upgrades, and new menus. Mill Town has appointed Executive Chef Jeremy Berlin to oversee its culinary operations, as well as the May reopening of Mission, and the reopening of Gateways Restaurant in June.



Chef Jeremy Berlin. Photo courtesy Mill Town

Berlin brings more than 25 years of professional culinary experience and is tasked with overseeing the kitchens, crafting menus, and hiring culinary staff. Prior to joining Mill Town, Berlin was the executive chef at Blantyre Country Estate in Lenox. Before moving to the Berkshires, Berlin held a variety of positions at a wide range of culinary entities across the country, including Gordon Ramsay at The London in Los Angeles and Manhattan, Church and State Bistro, Le Bernardin, and Payard Patisserie and Bistro. Berlin earned a culinary degree from the French Culinary Institute.

Diners at Mission can expect artisanal and seasonal ingredients that celebrate the Berkshires. Harking back to the original theme of Mission's menu when it was opened in the early 2000s, the new menus will also reference culinary traditions of the Iberian Peninsula and other global flavors. The menu features small plates, skewers and croquetas, and options from the grill. Mission will be open for food and bar service Thursday–Monday from 5 p.m.–close.

With a planned opening date in late June, Gateways Restaurant and Bar at the Gateways Inn will reflect a casual approach to fine dining. Building off the success of incorporating outdoor dining during the summer of 2020, the restaurant will feature newly remodeled indoor and outdoor dining spaces and a re-designed menu reflective of Chef Jeremy's culinary experiences. Guests of the inn are provided breakfast as part of their stay, and the community is welcome to dine on the property for weekend brunches (Saturday and Sunday) and dinner service (Thursday–Monday). Chef Jeremy has also designed picnic meals prepared to-go. Diners can order online or by phone for a meal to be enjoyed picnic style. The restaurant opening date will be posted on the Gateways Inn website and social media.

—A.K.

* * *

Lee Bank Foundation awards $56,500 to local organizations

LEE — Lee Bank Foundation has awarded a total of $56,500 to 12 Berkshire-based community organizations, in the foundation's first 2021 round of grants.

Recipients were awarded grants ranging from $1,000–$10,000 to support their work on social justice issues, environmental conservation, and food and housing security. Included in the awards are a series of Arts Access Grants for arts and culture organizations to expand ticket access for underserved audiences.

Recipients include:

- Berkshire Center for Justice
- Berkshire Community Diaper Project
- Berkshire Grown
- Berkshire Natural Resources Council
- Community Access to the Arts
- Construct, Inc.
- Greenagers
- Roots Rising

Arts Access Grants of $1,000 each were awarded to the Mahaiwe Performing Arts Center, Norman Rockwell Museum, WAM Theatre, and Berkshire Theatre Group.

Lee Bank received more than 40 grant applications for its first funding round. The deadline for the second round of 2021 funding is June 1. The application and more information can be found on the Community Impact section of the bank's website:

—A.K.

* * *

Berkshire Bank promotes, appoints four to management positions

PITTSFIELD — Berkshire Bank recently announced the following promotions/appointments to its Berkshire County team.

Cindy Polidoro as Branch Officer of the Elm Street, Pittsfield branch. Polidoro has over 39 years of banking experience and extensive knowledge of the financial services sector. She is a customer service professional and has been with Berkshire Bank since 1980. Before that, Polidoro worked at New England Telephone. She is a graduate of St. Joseph Central High School and has formal training in sales, management, mortgages, compliance, and CFT financial banking.

Iris Moresi, promoted to Branch Officer of the North Adams branch. Moresi was previously an Assistant Branch Manager at the North Adams Branch. Before her management roles, she was a teller for both Berkshire and Legacy Banks. She has been with Berkshire since 2010. Iris is a graduate of Charles H. McCann Technical High School.

Amy Golden, promoted to Branch Officer of the Stockbridge Road, Great Barrington office. Golden more than five years of experience in the financial and retail banking sector. She was previously an Assistant Branch Manager. She has also held the position of Financial Services Representative. Prior to Berkshire Bank, Golden worked with Reebok. She is a graduate of Westfield State University with a bachelor's in business management.

David Tesney, promoted to Dual Branch Officer of West Stockbridge & Lenox Main St. offices. Tesney was previously a Branch Officer of the North Street, Pittsfield office. Prior to that, he was Assistant Branch Manager at both NBT Bank and TD Bank. He also worked with the Berkshire Federal Credit Union as a Loan Officer. Tesney is a graduate of Wahconah Regional High School and has completed coursework at the Center for Financial Training. He is registered in the Nationwide Mortgage Licensing System & Registry and is a Massachusetts Notary Public.

—A.K.

* * *

Bennington College awarded $10,000 from Jacob and Valeria Langeloth Foundation

BENNINGTON — The Jacob and Valeria Langeloth Foundation has awarded Bennington College a $10,000 grant to support the Incarceration in America think tank that will be held October 1–2, 2021. This think tank will focus on building out a continuing education program for students with long-term or life sentences. The event will be live-streamed, free, and open to the public.

Photo courtesy Prison Education Initiative at Bennington College

This grant will allow the College to attract experts in the field who are committed to systemic reform of mass incarceration. The think tank will be composed of those who are working for criminal justice reform, leading prison educators, formerly incarcerated people who have benefited from prison education, and others who are interested in hearing about and discussing the Prison Education and the Incarceration in America Initiatives' continuing education program with a view to replicating, expanding, and building upon it.

The conference will feature a keynote address by Marc Mauer, the executive director of The Sentencing Project, and panels of those closest to the issue, including representatives of the New York State Department of Corrections and Community Supervision.

The think tank will also address special challenges and opportunities for education that this student population invites. Discussion will also consider how to measure outcomes, the benefits to individuals and to the institutions concerned, and the different models of how to deliver this education.

From the Incarceration in America conferences came Bennington College's Prison Education Initiative (PEI), now in its sixth year of offering for-credit classes at Great Meadow, an upstate New York maximum-security men's prison.

—A.K.

BE THE FIRST TO KNOW
Receive daily updates in your inbox
Email Address...
Would you also like to receive our weekly Real Estate newsletter?
Would you prefer to receive only the Real Estate newsletter?
SUBSCRIBE NOW

READ OR LEAVE A COMMENT



Mozilla Firefox

New Tab

Search or enter address

Search

**Opening jeremy-berlin.jpg**

You have chosen to open:

**jeremy-berlin.jpg**

which is: JPG file (20.9 KB)
from: https://dfjc3etzov2zz.cloudfront.net

**What should Firefox do with this file?**

- (•) Open with: firefox (default)
- ( ) Save File

☐ Do this automatically for files like this from now on.

Cancel | OK

Modified: 29 Jun 2021 Screenshot: 29 Jun 2021 13:36:08